UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY SCOTT ABRAHAM,<br><br>Defendant. | NO. CR04-351-JCC<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 13, 2013. The United States was represented by Assistant United States Attorney Bruce Miyake, and the defendant by Ralph Hurvitz.

The defendant had been charged with Conspiracy to Commit Armed Robbery, in violation of 18 U.S.C. § 371, and Possession of a Firearm in Furtherance of a Crime of Violence, in violation of 18 U.S.C. § 924(c). On or about July 1, 2005, defendant was sentenced by the Honorable John C. Coughenour to a term of 72 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, search, collection of DNA, and drug testing and substance abuse treatment.

In a Petition for Warrant or Summons dated March 28, 2013, U.S. Probation Officer Analiese D. Johnson asserted the following violation by defendant of the conditions of his supervised release:

1. Using marijuana on or before March 6, 2013, in violation of standard condition 7.

The defendant was advised of his rights, acknowledged those rights, and admitted to violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable John C. Coughenour on May 21, 2013 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 13th day of May, 2013.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Bruce Miyake
Defendant's attorney: Ralph Hurvitz
Probation officer: Analiese D. Johnson